RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
New Jersey State Bar No. 388152021
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Kevin Adonay Garcia Berrios

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KEVIN ADONAY GARCIA BERRIOS,<br><br>  Defendant. | Case No. 2:23-mj-00142-EJY<br><br>**JOINT STATUS REPORT AND STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Kevin Adonay Garcia Berrios, that defendant's guilty plea to Operating a Motor Vehicle While Under the Influence of Alcohol, 36 C.F.R. § 4.23(a)(1), be withdrawn; that the government be permitted to amend the charge to Reckless Driving, 36 C.F.R. § 4.2(b), N.R.S. § 484.653(1); that the defendant's

original guilty plea and sentence be applied to the amended charge; and that the defendant's unsupervised probation be terminated at this time.

This Stipulation is entered into for the following reasons:

1. On September 20, 2023, the parties appeared before this Court for change of plea and sentencing. ECF No. 10. At that appearance, the defendant pleaded guilty to Operating a Motor Vehicle While Under the Influence of Alcohol, a violation of 36 C.F.R. §4.23(a)(1).

2. Pursuant to the parties' agreement, the defendant agreed to be sentenced to unsupervised probation for one year, pay an $800 fine and $10 assessment fee, and complete a DUI course, Victim Impact Panel, and 16-hour online alcohol awareness course. The defendant also agreed not to violate any local, state, or federal laws. The parties agreed that if the defendant successfully completed his obligations within the first six months of his unsupervised probation, the parties would jointly move to allow the defendant to withdraw his guilty plea to Operating a Motor Vehicle While Under the Influence of Alcohol, the government would move to amend the charge to Reckless Driving, a violation of 36 C.F.R. § 4.2(b), N.R.S. § 484.653(1), and the defendant's guilty plea and sentence would be automatically applied to the new charge. This Court ordered the parties to file a joint status report with the Court once the defendant completed all of the required conditions.

3. As of the filing of this stipulation, the defendant has completed all of the conditions set forth in the parties' agreement. Defense counsel has provided proof of completion to the government. The defendant also has not violated any local, state, or federal laws.

4. The parties therefore request that this Court permit the defendant to automatically withdraw his guilty plea to Operating a Motor Vehicle While Under the Influence of Alcohol, 36 C.F.R. § 4.23(a)(1); that the government be permitted to amend the charge to Reckless Driving, 36 C.F.R. § 4.2(b), N.R.S. § 484.653(1); and that the defendant's original guilty plea and sentence be applied to the amended charge.

5. The parties also respectfully request that the defendant's unsupervised probation be terminated at this time.

DATED this 8th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender<br>Attorney for Kevin Adonay Garcia-Berrios | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN ADONAY GARCIA-BERRIOS,<br><br>　　　　　Defendant. | Case No. 2:23-mj-00142-EJY<br><br>FINDINGS OF FACT AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On September 20, 2023, the parties appeared before this Court for change of plea and sentencing. ECF No. 10. At that appearance, the defendant pleaded guilty to Operating a Motor Vehicle While Under the Influence of Alcohol, a violation of 36 C.F.R. §4.23(a)(1).

2. Pursuant to the parties' agreement, the defendant agreed to be sentenced to unsupervised probation for one year, pay an $800 fine and $10 assessment fee, and complete a DUI course, Victim Impact Panel, and 16-hour online alcohol awareness course. The defendant also agreed not to violate any local, state, or federal laws. The parties agreed that if the defendant successfully completed his obligations within the first six months of his unsupervised probation, the parties would jointly move to allow the defendant to withdraw his guilty plea to Operating a Motor Vehicle While Under the Influence of Alcohol, the government would move to amend the charge to Reckless Driving, a violation

4

of 36 C.F.R. § 4.2(b), N.R.S. § 484.653(1), and the defendant's guilty plea and sentence would be automatically applied to the new charge. This Court ordered the parties to file a joint status report with the Court once the defendant completed all of the required conditions.

3. As of the filing of this stipulation, the defendant has completed all of the conditions set forth in the parties' agreement. Defense counsel has provided proof of completion to the government. The defendant also has not violated any local, state, or federal laws.

4. The parties therefore request that this Court permit the defendant to automatically withdraw his guilty plea to Operating a Motor Vehicle While Under the Influence of Alcohol, 36 C.F.R. § 4.23(a)(1); that the government be permitted to amend the charge to Reckless Driving, 36 C.F.R. § 4.2(b), N.R.S. § 484.653(1); and that the defendant's original guilty plea and sentence be applied to the amended charge.

5. The parties also request that the defendant's unsupervised probation be terminated at this time.

**ORDER**

IT IS THEREFORE ORDERED that defendant's guilty plea to Operating a Motor Vehicle While Under the Influence of Alcohol, 36 C.F.R. § 4.23(a)(1), is withdrawn, and the count is amended to Reckless Driving, 36 C.F.R. § 4.2(b), N.R.S. § 484.653(1).

IT IS FURTHER ORDERED that the defendant's original guilty plea and sentence is applied to the amended charge.

IT IS FURTHER ORDERED that defendant's unsupervised probation is terminated.

DATED this 8th day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE